*Decisions Rendered Tuesday, January 26, 1886.*

---

## DOERFLINGER *vs.* NELSON.

ILLEGALITY, FROM GLYNN. Witness. Evidence. Illegality. (Before Judge Adams.)

Jackson, C. J.—Where an affidavit of illegality was interposed to the levy of a fi fa., on the ground that it had been paid, the defendant in fi fa. was not a competent witness to prove that such payment was made by him to the counsel for the plaintiff in fi fa., who had since died. Langford *vs.* Commissioners of Wilkinson County (decided to-day): 72 Ga., 143.

(a) An affidavit of illegality on the ground of payment being filed, and there being no evidence of such payment, it was properly dismissed.

Judgment affirmed.

Goodyear & Kay; Frank H. Harris, for plaintiff in error.

S. R. Atkinson; Courtland Symmes; S. W. Hitch, for defendant.